UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KUEHNE + NAGEL INC.<br><br>      Plaintiff,<br><br>-against-<br><br>NEPTUNE HEALTH & WELLNESS INNOVATION, INC.<br><br>      Defendant. | 23-CV-8066 (MKV)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated January 16, 2024 (ECF 15), Judge Mary Kay Vyskocil referred this case to Magistrate Judge Katharine H. Parker for settlement. On January 17, 2024, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Tuesday, February 20, 2024, at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

  If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov on or before **January 24, 2024**, to propose three alternative dates and times for the settlement conference during the week of 2/20/2024.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, February 13, 2024, at 5:00 p.m**.

DATED: January 17, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge