UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KUEHNE + NAGEL INC.<br><br>              Plaintiff,<br><br>  -against-<br><br>NEPTUNE HEALTH & WELLNESS INNOVATION, INC.<br><br>             Defendant. | 23-CV-08066 (MKV)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was held today. The next settlement conference is scheduled for **March 29, 2024 at 2:00 PM.**

      The parties are instructed to update their Ex Parte Settlement Conference Summary Reports. These submissions must be received no later than **March 25, 2024, at 5:00 p.m**. Defendants are expected to make an offer to Plaintiff by **March 22, 2024**.

      The Courtroom Deputy will email counsel the video conference details.


DATED:  February 20, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge