UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024
```

KUEHNE + NAGEL INC.,

        Plaintiff,

v.

NEPTUNE HEALTH & WELLNESS INNOVATION, INC.,

        Defendant.

Case No.: 1:23-cv-08066-MKV

## CONSENT FINAL JUDGMENT

THIS CAUSE having been brought before the Court on the Parties' Stipulation for Entry of Consent Final Judgment, and upon review of the Court file:

IT IS ADJUDGED that KUEHNE + NAGEL INC., whose address is 10 Exchange Place. 19th Floor, Jersey City, New Jersey, 07302, shall recover the sum of **$94,707.40** against the Defendant, NEPTUNE HEALTH & WELLNESS INNOVATION, INC., whose address is 2626 Glenwood Ave., Ste. 550, Raleigh, North Carolina, 27608. This Judgment shall bear interest at the statutory rate of 5.33% per year, for which let execution issue herewith.

**DONE AND ORDERED** in New York County, New York, this 7th day of May, 2024.

        */s/ Mary Kay Vyskocil*  May 7, 2024
        UNITED STATES DISTRICT COURT JUDGE

The Clerk of Court respectfully is requested to terminate the letter motion at ECF 25.