UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUEHNE + NAGEL INC.,

Plaintiff,

-against-

NEPTUNE HEALTH & WELLNESS
INNOVATION, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/18/26

1:23-cv-8066-MKV

ORDER GRANTING
MOTION TO COMPEL

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to compel post-judgment discovery in aid of execution [ECF No. 33] is GRANTED.  Approximately two years ago, the parties stipulated to entry of the Consent Final Judgment in this case, entitling Plaintiff to "recover the sum of $94,707.40 against the Defendant" [ECF No. 26].  Defendant, however, has "failed and refused to tender payment" and "has not responded" to Plaintiff's "Interrogatories and Requests for Production in Aid of Execution" [ECF No. 33 at 1–2].  As the Second Circuit has explained, "broad post-judgment discovery in aid of execution is the norm."  *EM Ltd. v. Republic of Argentina*, 695 F.3d 201, 207 (2d Cir. 2012), *aff'd sub nom. Republic of Argentina v. NML Cap.*, Ltd., 573 U.S. 134 (2014).  Accordingly, IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's First Set of Interrogatories in aid of Execution by July 16, 2026.  **Defendant is on notice that failure to comply may result in sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's inherent authority.**

The Clerk of Court respectfully is requested to terminate docket entry 33.

**SO ORDERED.**

**Date:  June 18, 2026**
**       New York, NY**

MARY KAY VYSKOCIL
**MARY KAY VYSKOCIL**
**United States District Judge**